**Timothy J. HOFFMAN and Karen D. Hoffman, His Wife, Petitioners**

v.

**James P. SNELL, Anadarko E & P Company, LP, and Chesapeake Appalachia, LLC, Respondents**

**No. 263 MAL 2017**

Supreme Court of Pennsylvania.

September 15, 2017

## ORDER

PER CURIAM

AND NOW, this 15th day of September, 2017, the Petition for Allowance of Appeal is **DENIED**.